*State, Respondent, v. Harvey, Petitioner*, No. 87290-2. Petition for review of a decision of the Court of Appeals, No. 29513-3-III, May 6, 2014, 181 Wn. App. 1004. *Denied* January 7, 2016.

*In re Parental Rights to K.J.B.*, No. 91921-6. Motion for discretionary review of a decision of the Court of Appeals, No. 32490-7-III, June 11, 2015, 188 Wn. App. 263. *Granted* February 10, 2016.

*State, Respondent, v. Wintermeier, Petitioner*, No. 92131-8. Petition for review of a decision of the Court of Appeals, No. 32612-8-III, July 30, 2015, 189 Wn. App. 1016. *Granted on a specific issue* and case *remanded* to the trial court February 10, 2016.

*Larson, Respondent, v. City of Bellevue, Petitioner*, No. 92197-1. Petition for review of a decision of the Court of Appeals, No. 71101-6-I, July 13, 2015, 188 Wn. App. 857. *Granted* February 10, 2016 and consolidated under *Spivey v. City of Bellevue*, No. 91680-2.

*Taylor, Petitioner, v. Intuitive Surgical, Inc., Respondent*, No. 92210-1. Petition for review of a decision of the Court of Appeals, No. 45052-6-II, July 7, 2015, 188 Wn. App. 776. *Granted* February 10, 2016.

*Birrueta, Respondent, v. Dep't of Labor & Indus., Petitioner*, No. 92215-2. Petition for review of a decision of the Court of Appeals, No. 32210-6-III, July 9, 2015, 188 Wn. App. 831. *Granted* February 10, 2016.

*State, Petitioner, v. Mohamed, Respondent*, No. 92261-6. Petition for review of a decision of the Court of Appeals, No. 72263-8-I, August 17, 2015, 189 Wn. App. 533. *Granted* February 10, 2016.